

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,557-01

### EX PARTE MICHAEL ROMERO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20080D04785-409-1 IN THE 409TH DISTRICT COURT FROM EL PASO COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex.Crim.App. 1967). Applicant was convicted of one count of murder and two counts of engaging in organized criminal activity. He was sentenced to fifteen years' imprisonment for the murder charge. Applicant was sentenced to ten years' imprisonment for the engaging in organized criminal activity counts. Both ten-year sentences were suspended and Applicant was placed on community supervision in counts two and three. The Eighth Court of Appeals affirmed his convictions. *Romero v. State*, No. 08-10-00074-CR (Tex. App.– El Paso, Sept.

5, 2012)(not designated for publication).

In one ground, Applicant alleged ineffective assistance of appellate counsel. Based on this Court's independent review of the entire record, we find that Applicant's ineffective assistance of counsel claim as it relates to count one is denied. Any grounds attacking applicant's conviction and probated sentence for engaging in organized criminal activity are dismissed without prejudice. *Ex parte Hiracheta*, 307 S.W.3d 323, 325 (Tex. Crim. App. 2010).

Filed:  February 25, 2015
Do not publish